IN RE VANDEMAN, GEORGE ALLAN                                                    Case No. **2:13-bk-13679-WB**
_____                        _____
                    Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☑ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| RESIDENCE, 13574 D'ESTE DRIVE, PACIFIC PALISADES CA 90272 | CCCP § 704.730(a)(3) | 175,000.00 | 6,000,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| HOUSEHOLD GOODS AND FURNISHINGS AT RESIDENCE. COST ESTIMATED AT $600,000. CURRENT SALE VALUE ESTIMATED. | CCCP § 704.020 | 50,000.00 | 200,000.00 |
| DECORATIONS AND OTHER CONTENTS AT RESIDENCE. COST ESTIMATED AT $100,000. CURRENT SALE VALUE ESTIMATED | CCCP § 704.020<br>CCCP § 704.040 | 25,000.00<br>7,175.00 | 50,000.00 |
| CLOTHING AND ACCESSORIES AT RESIDENCE | CCCP § 704.020 | 3,000.00 | 3,000.00 |
| HOME OFFICE COMPUTER AND EQUIPMENT. CURRENT SALE VALUE ESTIMATED | CCCP § 704.060(a)(1) | 2,500.00 | 2,500.00 |

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.