IN RE VANDEMAN, GEORGE ALLAN                                                                                      Case No. 2:13-bk-13679-WB
_____                                                                          _____
            Debtor(s)                                                                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ADVANCE RESTAURANT FINANCE<br>BRIAN BORN, TURNBULL & BORN LLC<br>950 PACIFIC AVENUE, SUITE 1050<br>TACOMA, WA  98402 | | H | COLLECTION OF PERSONAL GUARANTY OF RESTAURANTS HAWAII, LLC LOAN | X | X | | 110,000.00 |
| ACCOUNT NO. 2000<br>AMERICAN EXPRESS<br>PO BOX 0001<br>LOS ANGELES, CA  90096-2718 | | H | CREDIT CARD | | | | 8,357.61 |
| ACCOUNT NO.<br>BARBARA G. VANDEMAN<br>13574 D'ESTE DRIVE<br>PACIFIC PALISADES, CA  90272 | | H | LOANS AND ADVANCES | | | | 215,000.00 |
| ACCOUNT NO.<br>CHARLES PECK<br>5820 S. GILPIN COURT<br>GREENWOOD VILLAGE, CO  80121 | | H | BRIDGE LOAN FOR HICKAM HARBOR, LLC | X | | | 40,000.00 |

2 continuation sheets attached

Subtotal
(Total of this page) $ 373,357.61

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE VANDEMAN, GEORGE ALLAN _____ Case No. **2:13-bk-13679-WB**
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CITIBANK VISA<br>LTD FINANCIAL SERVICES LP<br>7322 SOUTHWEST FREEWAY STE 1600<br>HOUSTON, TX 77074-2053 | | H | PERSONAL GUARANTY OF SERGIO'S LLC OR SERGIO'S DIAMOND HEAD, LLC ACCOUNT | X | | | 31,500.00 |
| ACCOUNT NO. 0829<br>CITICARDS<br>PROCESSING CENTER<br>DES MOINES, IA 50363-0005 | | H | BUSINESS CREDIT CARD | | | | 10,109.93 |
| ACCOUNT NO. 5297<br>CITICARDS<br>PROCESSING CENTER<br>DES MOINES, IA 50363-0005 | | H | PERSONAL CREDIT CARD | | | | 21,153.43 |
| ACCOUNT NO.<br>FIRST HAWAIIAN BANK<br>PO BOX 2400<br>HONOLULU, HI 96804-2400 | | H | PERSONAL GUARANTY OF RESTAURANTS HAWAII, LLC LINE OF CREDIT | X | | | 105,000.00 |
| ACCOUNT NO.<br>FIRST HAWAIIAN BANK LEASING<br>PO BOX 1240<br>HONOLULU, HI 96807 | | H | PERSONAL GUARANTY OF RESTAURANTS HAWAII, LLC EQUIPMENT LEASES | X | | | 176,060.00 |
| ACCOUNT NO.<br>GURSEY SCHNEIDER LLP<br>1888 CENTURY PARK EAST SUITE 900<br>LOS ANGELES, CA 90067-1735 | | H | ACCOUNTING SERVICES | | | | 61,073.51 |
| ACCOUNT NO.<br>HAWAII HOLDINGS, LLC<br>ATTN CLIFF LAUGHTON<br>1088 BISHOP ST SUITE 4100<br>HONOLULU, HI 96813 | | H | BRIDGE LOAN FOR HICKAM HARBOR, LLC | X | | | 30,000.00 |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **434,896.87**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 2:13-bk-13679-WB    Doc 20    Filed 02/22/13    Entered 02/22/13 16:23:00    Desc
Main Document    Page 3 of 3

B6F (Official Form 6F) (12/07) - Cont.

IN RE VANDEMAN, GEORGE ALLAN
Debtor(s)

Case No. 2:13-bk-13679-WB
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HILTON HAWAIIAN VILLAGE<br>2005 KALIA ROAD<br>HONOLULU, HI 96815-1999 | | H | PERSONAL GUARANTY OF RENT | X | | | 201,000.00 |
| ACCOUNT NO.<br>JEFF BARBAKOW<br>PO BOX 50839<br>SANTA BARBARA, CA 91350-0839 | | H | BRIDGE LOAN FOR HICKAM HARBOR, LLC | X | | | 50,000.00 |
| ACCOUNT NO.<br>LATHAM & WATKINS LLP<br>PO BOX 894256<br>LOS ANGELES, CA 90189-4256 | | H | LEGAL SERVICES | | | | 42,177.01 |
| ACCOUNT NO.<br>MCCORRISTON MILLER MUKAI MACKINNON<br>PO BOX 2800<br>HONOLULU, HI 92603-2800 | | H | SERVICES | | | | 36,443.80 |
| ACCOUNT NO.<br>RODI POLLOCK PETTKER<br>444 SOUTH FLOWER ST SUITE 1700<br>LOS ANGELES, CA 90071-2901 | | H | LEGAL SERVICES | | | | 1,968.00 |
| ACCOUNT NO.<br>TONY CASARA<br>29119 CLIFFSIDE DRIVE<br>MALIBU, CA 90265 | | H | BRIDGE LOAN FOR HICKAM HARBOR, LLC | X | | | 100,000.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 431,588.81

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 1,239,843.29

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only