B6G (Official Form 6G) (12/07)

IN RE VANDEMAN, GEORGE ALLAN                                    Case No. __2:13-bk-13679-WB__
_____
Debtor(s)                                                            (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| HYUNDAI MOTOR FINANCE<br>PO BOX 7204<br>PASADENA, CA  91109 | AUTOMOBILE LEASE, 2012 HYUNDAI EQUUS, PAYMENTS $831.72 PER MONTH, TAKEN IN NAME OF VANDEMAN & CO. |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only